IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOCK MCNEELY,

    Petitioner,                    No. 2:12-cv-0931 EFB P

    vs.

KEVIN CHAPPELL,

    Respondent.                <u>ORDER</u>

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 2, 2013, petitioner requested the Clerk change the docket to reflect that his habeas petition was filed pursuant to 28 U.S.C. § 2241, and not § 2254. Respondent filed an opposition to petitioner's request, in which respondent contends that petitioner is misleading the court by providing a false recitation of the facts surrounding his custody.

      In response, petitioner filed a motion for sanctions on the ground that respondent's opposition was frivolous, unreasonable, legally unsupportable, and made for an improper purpose. Dckt. No. 23. There is no basis for imposing sanctions on respondent. There is no indication that respondent's arguments are frivolous, legally unreasonable, lack factual foundation, or were brought for an improper purpose. *See* Fed. R. Civ. P. 11(b) and (c).

1

1 Petitioner's request for sanctions lacks merit and will be denied.  As respondent has filed an
2 answer and petitioner has filed a traverse, the matter will stand submitted for decision.
3       Accordingly, it is hereby ORDERED that petitioner's January 16, 2013 request for
4 sanctions, Dckt. No. 23, is denied.
5 DATED:  February 27, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE